IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

TAMAL W. JENKINS

_____/

INDICTMENT

3:25-cr-176/TKW

THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 28, 2025, in the Northern District of Florida and elsewhere, the defendant,

**TAMAL W. JENKINS,**

did knowingly transmit in interstate commerce a communication, that is, an electronic message, with the intent to extort a thing of value, and the communication contained a true threat to injure Pensacola Police Department Detective A, specifically "imma kill you if you don't release Terrell false killers loose."

In violation of Title 18, United States Code, Section 875(b).

### COUNT TWO

On or about July 28, 2025, in the Northern District of Florida and elsewhere, the defendant,

FILED USDC FLND PN
OCT 21 '25 PM4:27

Returned in open court pursuant to Rule 6(f)

10/21/2025
Date

United States Magistrate Judge

## TAMAL W. JENKINS,

did knowingly transmit in interstate commerce a communication, that is, an electronic message, containing a true threat to injure another person, with the intent to communicate a true threat and knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Pensacola Police Department Detective A, specifically "imma kill you if you don't release Terrell false killers loose."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

███████████████

FOREPERSON

10/21/25

DATE

JOHN P. HEEKIN
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney