## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

TAMAL W. JENKINS

CASE NUMBER:

3:25·cr·176/TKW

_____/

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida,

pursuant to an Indictment returned against the Defendant,

## TAMAL W. JENKINS

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such Indictment against the

   Defendant.

2. Bail shall be determined by the Judicial Officer at the time of arrest in

   accordance with the Bail Reform Act, and notation to such effect shall be

   placed upon the warrant.

DONE and ORDERED this 21st day of October 2025, at Pensacola, Florida.

_____

HOPE T. CANNON
United States Magistrate Judge

RCVD USDC FLND PN
OCT 21 '25 PM4:28